IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CASE NUMBER:

| | |
|---|---|
| Drayton Davis,<br><br>        Plaintiffs,<br><br>v.<br><br>Tina Tran,<br><br>        Defendant. | 3:23-cv-01709-SAL<br><br>**NOTICE OF REMOVAL** |

**TO:**  **THE UNITED STATES DISTRICT COURT:**

  Now Come Defendant Tina Tran and hereby removes this civil action to the United States District Court for the District of South Carolina pursuant to 28 U.S.C. 1441(a), and in support thereof states:

  1.  This is a civil action in which the Plaintiff is seeking to recover insurance coverage for damages allegedly suffered as a result of an accident on or about April 22, 2022, in Richland County, South Carolina.

  2.  The Plaintiff filed suit on April 11, 2023, in the Court of Common Pleas, Richland County, South Carolina, which is within the Columbia Division of this Court. 28 U.S.C. § 121 (3). The Plaintiff's original Complaint is attached to this Notice. (**Exhibit A**: Complaint).

  3.  In his Complaint, Plaintiff alleges that he is a resident of South Carolina. (¶ 1).

  4.  Defendant is a resident of Gwinnett County, Georgia.

  5.  Certain actions brought in state court may be removed to Federal Court pursuant to 28 U.S.C § 1441 (a). The procedure for removal to Federal Court is governed by 28 U.S.C. § 1446.

1

6. There is complete diversity of citizenship between the Plaintiff and Defendant. Plaintiff is a citizen of the State of South Carolina, and the Defendant is a citizen of the State of Georgia.

7. The Plaintiff's Complaint does not state a specific amount of damages being sought. The Complaint is silent as to whether the amount in controversy is satisfied. However, the Plaintiff seeks damages for actual and punitive damages. (Complaint, ¶ 6, and Prayer). As such, the amount in controversy is satisfied. *See Woodward v. Newcourt Commercial Finance Corp.*, 60 F. Supp. 2d 530 (D.S.C. 1999).

7. Moreover, this case is removed within 30 days of the Defendant receiving written notice of the Plaintiff's Complaint.

8. Pursuant to the provisions of 28 U.S.C. § 1446 (a), Defendant states that no other process and pleadings have been served by Defendant or to Defendant in the state court action.

9. The Defendant will provide notice of this removal to the Clerk of Court of the Richland County Court of Common Pleas and shall request an Acknowledgement from the Clerk and, upon receipt, will file it with this Court.

WHEREFORE, Defendant respectfully files this Notice of Removal so that this case may proceed in the United States District Court, District of South Carolina, Columbia Division, and that no further proceedings be held in said case in the Court of Common Pleas, County of Richland, State of South Carolina, and for such other further relief as the Court deems just and proper in the circumstances.

*(signature on following page)*

2

MURPHY & GRANTLAND, P.A.

<u>s/Jody C. Lyles</u>
Jody C. Lyles, Esquire
Fed. ID #13323
P.O. Box 6648
Columbia, SC 29260
Phone: 803-782-4100
Fax: 803-782-4140

*Attorneys for Defendant Tina Tran*

Columbia, South Carolina
April 25, 2023

3