UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CASE NUMBER: 3:23-CV-01709-SAL

| | |
|---|---|
| Drayton Davis,<br><br>                    Plaintiff,<br><br>v.<br><br>Tina Tran,<br><br>                    Defendant. | MOTION TO ENFORCE SETTLEMENT |

**TO:** **STEVE C. DAVIS, ESQUIRE, ATTORNEY FOR PLAINTIFF, AND TO THE PLAINTIFF ABOVE NAMED:**

**YOU WILL PLEASE TAKE NOTICE**, that the Defendant, by and through their undersigned attorney, will move before the Presiding Judge of the United States District Court for the District of South Carolina – Columbia Division on the tenth (10th) day after service hereof, or as soon thereafter as counsel may be heard, for an Order compelling the Plaintiff to return the executed Release as agreed to upon as a result of a compromise settlement.  The settlement draft in the amount of Twenty-One Thousand and 00/100 ($21,000.00) Dollars and the Release were forwarded to Plaintiff on May 2, 2023, a copy of which is also attached hereto, but no executed documents have been received to date. And, for an Order requiring the Plaintiff to pay to the Defendants the amount of reasonable expenses incurred in obtaining the Order, including reasonable attorneys' fees.

*(signature on following page)*

                MURPHY & GRANTLAND, P.A.

                *s/Jody C. Lyles*_____
                Jody C. Lyles, Esquire
                Fed. ID #13323
                P.O. Box 6648
                Columbia, SC 29260
                Phone: 803-782-4100
                Fax: 803-782-4140

                *Attorneys for Defendant Tina Tran*

Columbia, South Carolina
December 5, 2023